JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODY TICKETS, LLC, | Case No. CV 16-5309-GW(Ex) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| YAHOO! INC., et al., | |
| Defendants. | |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety.

     IT IS SO ORDERED.

Dated: June 16, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE